JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT LEE JENKINS, JR., | Case No. CV 18-9026 ODW (SS) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| ON HABEAS CORPUS, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 18, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE